IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GAYLE GARY | § | CASE NO.  04-46769-H5-7 |
| | § | (Chapter 7) |
| Debtor | § | |

## APPLICATION TO PAY FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §374(a)

The undersigned Trustee reports:

_____    The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√    More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq.*).

Dated:  June 29, 2010          Respectfully submitted,

By:    */s/ Pamela Gale Johnson*
      Pamela Gale Johnson
      Fed ID No. 4481
      TBN 10777700
      1000 Louisiana, Suite 2000
      Houston, Texas 77002
      Telephone:  (713) 276-1664
      Facsimile:  (713) 751-1717

**CHAPTER 7 TRUSTEE**

**EXHIBIT "A"**

Please Check One:

_____   Small Dividends

__√__   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Chevron Credit Bank NA<br>P.O. Box 5010, Sec. 230<br>Concord, CA 94524-0010 | 2 | $164.28 |
| | TOTAL: | $164.28 |

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a copy of the *Application to Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to all parties listed below at the addresses shown, on this 29th day of June, 2010:

<u>Debtor</u>
Gayle Gary
5511 Susana Lane
Spring, Texas 77389

<u>Debtor's Attorney</u>
Hugh O. Butler
Wilkerson & Butler, PC
1915 S. Austin Avenue, Suite 105
Georgetown, TX 78626

<u>U.S. Trustee</u>
Charles F. McVay
ATTN:  Nancy Holley
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

*/s/ Pamela Gale Johnson*
 Pamela Gale Johnson